UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GARY PETERSON,<br><br>             Plaintiff,<br>v.<br><br>ROCKFORD HOUSING AUTHORITY,<br>LAURA SNYDER, in her official capacity as<br>Chief Executive Officer, and FELICE<br>WOITYNEK, in her official capacity as Policy,<br>Compliance, and Security Systems Manager,<br><br>             Defendant. | Case No.: 1:26-cv-763 |

## NOTICE OF REMOVAL

Defendant, ROCKFORD HOUSING AUTHORITY, by its attorneys, Allie M. Burnet and Scott B. Dolezal of Best, Vanderlaan and Harrington, pursuant to 28 U.S.C. §§1331, 1332, 1441 and 1446, seeks to remove to the United States District Court for the Northern District of Illinois, Western Division, the above-styled action, currently pending as Case No. 2025 LA 0000426, in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois. In support of its Notice of Removal, Defendants state as follows:

1. Defendant seeks to remove this action pursuant to 28 U.S.C. §1441, and in accordance with 28 U.S.C. §1446.

2. Pursuant to 28 U.S.C. §1446(a), attached hereto as Exhibit A is a copy of the Complaint filed against Defendants in the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, and captioned therein as *Gary Peterson v. Rockford Housing Authority, et. al.,* Case Number 2025 LA 0000426.

3. Pursuant to 28 U.S.C. §1446(b), this Notice of Removal has been filed within thirty

(30) days of service of the Summons and Complaint.

4. The United States District Court for the Northern District of Illinois, Western Division, is the Federal Judicial District embracing the Circuit Court of the Seventeenth Judicial Circuit, Winnebago County, Illinois, where this suit was originally filed. Therefore, venue is proper in this Court.

5. Defendant, Rockford Housing Authority, will cause to be issued this Notice of Removal to Plaintiff's counsel of record immediately after filing with the clerk of court for this District. Defendant will further cause to be filed this Notice of Removal with the Circuit Clerk of the Seventeenth Judicial Circuit, Winnebago County, Illinois, immediately after filing the same with the clerk of this District Court, pursuant to 28 U.S.C. §1446(d).

**BASIS FOR REMOVAL**

6. If any court has jurisdiction to hear this matter, which is denied by Defendant, then this Court has original jurisdiction over the identified causes of action pursuant to 28 U.S.C. §1331, as Plaintiff has presented a federal question by filing causes of action based solely on federal statutes.

7. Specifically, Plaintiffs' Complaint asserts causes of action pursuant to the Federal Fair Housing Amendments Act of 1988 (*42 U.S.C. §3604(f), et seq.*) and the Rehabilitation Act (*29 U.S.C. §794, et. seq.*). Said claims or causes of action are ones of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, and are ones which may be removed to this Court by Defendants pursuant to 28 U.S.C. §1441. Defendant may properly remove Plaintiff's Complaint, as all causes of action asserted therein "arise under" the Constitution, laws or treaties of the United States.

8. By filing this notice, Defendant does not waive any defenses, which may be available to it, specifically including, but not limited to, improper service of process and the absence of venue in this Court, or in the Court from which this action has been removed.

Respectfully submitted,

**ROCKFORD HOUSING AUTHORITY,**

  /s/Scott B. Dolezal

Allie M. Burnet
Scott B. Dolezal
**Best, Vanderlaan & Harrington**
25 E. Washington St., Suite 800
Chicago, IL  60602
(312) 819-1100
eservice@bestfirm.com
lvanderlaan@bestfirm.com
aburnet@bestfirm.com

### CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the Court's filing system and delivery to counsel of record via E-Mail delivery** to the address(es) of record from 200 N. LaSalle St., Suite 2600, Chicago, Illinois. on the 23rd day of January 2026.

/s/Scott B. Dolezal

Re:    Peterson v. Rockford Housing Authority et. al.
       Court No.:    1:26-cv-763
       BVH File:    AHR.26007

## ATTORNEY SERVICE LIST

Andrea Stout
Prairie State Legal Services, Inc.
303 N. Main St., Suite 600.,
Rockford, IL 61101
815 965 2902
astout@pslegal.org
**Attorney for Plaintiff**